## GIBSON v. STATE.

I Div. 155.

Supreme Court of Alabama.

Dec. 11, 1941.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

LIVINGSTON, Justice.

The appeal in this case is upon the record proper, with no bill of exceptions. No error appearing in the record, the judgment of the lower court is affirmed.

Affirmed.

All the Justices concur, except KNIGHT, J., not sitting.